# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **LINDA L. CUSIMANO,** | } | |
| **Plaintiff,** | } | |
| v. | } | Case No.: 2:07-CV-1112-RDP |
| **INGRAM & ASSOCAITES, LLC,** | } | |
| **Defendant.** | } | |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**. The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than **sixty (60) days** from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this   22nd   day of October, 2007.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE